Macey & Aleman, P.C.
Jody A. Corrales
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
jac@legalhelpers.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Gerahme Wilson, | Case No. 10-2171-PHX-FJM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Interstate Check Systems Incorporated, | |
| Defendant. | |

Plaintiff hereby notifies the Court that the parties in this matter reached a settlement and agreed to terms on February 11, 2011.  Plaintiff will file a dismissal once the settlement agreement has been fully executed, which will likely occur within the next 30 days.

RESPECTFULLY SUBMITTED,

MACEY & ALEMAN, P.C.

By: */s/ Jody Corrales*
Jody Corrales
101 N. First Ave., Suite 2400
Phoenix, AZ 85003
Tel: 602-279-1555
Fax: 602-279-5544
Email: jac@legalhelpers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2011, my firm served Defendant with a copy of the foregoing notice via U.S. mail addressed as follows:

Interstate Check Systems, Inc. d/b/a ICS
c/o Speigel & Utrera, PA PC
1 Maiden Lane, 5th Floor
New York, NY 10038

*/s/ Jody Corrales*