# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Gerahme Wilson, | ) | CV-10-2171-PHX-FJM |
| Plaintiff(s), | ) | **ORDER** |
| vs. | ) | |
| Interstate Check Systems Incorporated, | ) | |
| Defendant(s). | ) | |

Pursuant to this court's order of February 15, 2011, IT IS ORDERED dismissing this action with prejudice.

DATED this 18th day of March, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge